DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RHONDA WILLIAMS KELLY,**
Appellant,

v.

**BROWARD COUNTY, FLORIDA,**
d/b/a Broward County Transit (BCT),
Appellee.

No. 4D21-336

[February 3, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. Deluca, Judge; L.T. Case No. CONO20000946.

Rhonda Williams Kelly, Fayetteville, NC, pro se.

Andrew J. Meyers and Joseph K. Jarone of Broward County Attorney's Office, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***